**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN**

| | | |
|---|---|---|
| SHAKHNOZA BOBOEVA, | ) | C/A No.: 22-cv-61 |
| | ) | |
| Plaintiff, | ) | **[PROPOSED] ORDER** |
| | ) | |
| v. | ) | |
| | ) | |
| MERRICK GARLAND, et al., | ) | |
| | ) | |
| Defendants. | ) | |

The parties have jointly moved the Court for an order remanding this action to the United States Citizenship and Immigration Services ("USCIS") with instructions requiring USCIS to adjudicate and approve Plaintiff's pending Form N-400, Application for Naturalization, within fourteen days of the Court's remand order, and to schedule Plaintiff to attend a naturalization oath ceremony within thirty days of the Court's remand order. The Court finds that good cause exists for granting the requested relief.

ACCORDINGLY, it is hereby ORDERED that the parties' joint motion is granted and that this action is remanded to USCIS. It is further ORDERED that USCIS shall adjudicate and approve Plaintiff's application within fourteen days of this order and shall schedule Plaintiff to attend a naturalization oath ceremony within thirty days of this order. This Order is conditioned upon Plaintiff continuing to remain eligible for naturalization up to the oath ceremony. Each party shall bear its own costs and fees.

The case may be reinstated at any time within ninety days of this Order if USCIS does not adjudicate and approve Plaintiff's application within fourteen days of this Order. Additionally, this case may be reinstated within ninety days of this Order if USCIS does not schedule Plaintiff to attend a naturalization oath ceremony within thirty days of this order. If the case is not reinstated

within ninety days of this Order, then after ninety days of the date of entry this Order, this case is hereby dismissed with prejudice.

Dated this 21ST day of MARCH, 2022.

_____
STEPHEN L. CROCKER
Magistrate Judge, U.S. District Court